TELFORD, Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1904.) Action by Charles T. Telford against George A. Parker.

PER CURIAM. Judgment and order unanimously affirmed, with costs. The evidence that the defendant had knowledge that the plaintiff was the secretary of a temperance organization and that his term had not expired, while not competent to vary the terms of the written con-

tract, was competent on the question of defendant's estoppel from asserting a breach of the contract.